

FILED
MAR 05 2008

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH DAKOTA
### SOUTHERN DIVISION

---------------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR _08-40031-01_ |
| Plaintiff, | **INDICTMENT** |
| vs. | ATTEMPTED TRANSFER OF OBSCENE MATERIAL TO A MINOR |
| BRADY DEAN ARTHUR a/k/a "bda_buster," | 18 U.S.C. § 1470 |
| Defendant. | |

---------------------------------------------

The Grand Jury charges:

## Count 1

On or about May 17, 2007, at Brookings, in the District of South Dakota, and elsewhere, the defendant, Brady Dean Arthur, a/k/a "bda_buster", knowingly used a facility or means of interstate commerce, that is, a computer attached to the Internet, to transfer and attempt to transfer obscene matter to an another individual who had not attained the age of 16 years, knowing that such other individual has not attained the age of 16 years, all in violation of 18 U.S.C. § 1470.

## Count 2

On or about September 21, 2007, at Brookings, in the District of South Dakota, and elsewhere, the defendant, Brady Dean Arthur, a/k/a "bda_buster", knowingly used a facility or means of interstate commerce, that is, a computer attached to the Internet, to transfer and attempt to transfer obscene matter to an another individual who had not attained the age of 16 years, knowing that such other individual has not attained the age of 16 years, all in violation of 18 U.S.C. § 1470.

A TRUE BILL:

_____ *Betty Fokker* _____
Foreperson

MARTY J. JACKLEY
UNITED STATES ATTORNEY

By: _____