UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08-40031 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| BRADY DEAN ARTHUR a/k/a "bda_buster", | |
| Defendant. | |

The undersigned parties stipulate that the following facts are true and establish a factual basis for the plea in the action pursuant to Federal Rules of Criminal Procedure 11(b)(3):

On May 17, 2007, in the District of South Dakota, and elsewhere, the defendant, Brady Dean Arthur, a/k/a "bda_buster", knowingly accessed the internet using his computer at home. While on-line, the defendant used a digital video camera to transfer obscene matter to an another individual in South Carolina who the defendant believed had not attained the age of 16 years, all in violation of 18 U.S.C. § 1470.

July 25, 2008
Date

Jeffrey C. Clapper
Assistant United States Attorney

7-22-08
Date

Brady Dean Arthur
Defendant

7/22/08
Date

Timothy J. Langley
Attorney for Defendant