PROBATION FORM NO. 35                    Request Terminating Probation/Supervised Release
(1/92 : SD Revised 6/11)                          Prior to Original Expiration Date

# United States District Court

## for the

## District of South Dakota

UNITED STATES OF AMERICA

    v.                                                              Crim. No.  4:08CR40031-1

Brady Arthur

      On 11/17/2008, the above-named commenced probation for a period of five years.  He has complied with the rules and regulations of probation and is no longer in need of probation supervision.  It is accordingly recommended that he be discharged from probation.

                                                                                Respectfully submitted,

                                                                                Maureen Janssen
                                                                                Senior U.S. Probation/Pretrial Services Officer