**FILED**

MAY 0 7 2013



CLERK

## UNITED STATES DISTRICT COURT
### District of South Dakota
### Southern Division

---

United States of America,

                Plaintiff

            vs.

Brady Arthur,

                Defendant

ORDER FOR EARLY
TERMINATION OF
PROBATION
CR #: 4:08CR40031-1

---

      Pursuant to the request for early termination of probation, it is hereby

      **ORDERED** that defendant is discharged from probation and the proceedings in this case are terminated.

      Dated this 7th day of May, 2013.

                    BY THE COURT:

                    Lawrence L. Piersol
                    United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
           Deputy